# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                              §
                                                    §
PROTOMED INC A DELAWARE              §      Case No. 05-64208
CORPORATION
                                                    §
_____Debtor(s)_____§_____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U. S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000001 | STEVEN W. SANDERS PHD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-64208 ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | | | Date Filed (f) or Converted (c): | 12/28/05 (f) |
| | | | | 341(a) Meeting Date: | 03/23/06 |
| For Period Ending: | 07/10/11 | | | Claims Bar Date: | 04/20/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 165.00 | 165.00 | | 0.00 | 165.00 |
| 2. LICENSE AGREEMENTS | Unknown | Unknown | | 198.00 | Unknown |
| 3. ACCOUNT RECEIVABLE (u) | Unknown | Unknown | | 2,086.00 | Unknown |
| 4. PREFERENCE (u) | Unknown | 10,000.00 | | 6,200.00 | 3,800.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 44.44 | FA |

TOTALS (Excluding Unknown Values)      $165.00      $10,165.00      $8,528.44      Gross Value of Remaining Assets $3,965.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECCORDS FROM DEBTOR. TRUSTEE CONDUCTING A PREFERENCE ANALYSIS. TRUSTEE TO PREPARE ADVERSARY COMPLAINTS TO RECOVER PREFERENTIAL TRANSFERS. TRUSTEE HAS FILED ADVERSARY COMPLAINTS. TRUSTEE ATTEMPTING TO SETTLE REMAINING ADVERSARY COMPLAINT. ADVERSARY SETTLED. TRUSTEE FILING MOTION TO COMPROMISE. ORDER HAS BEEN ENTERED APPROVING THE COMPROMISE. TRUSTEE TO REVIEW CLAIMS PRIOR TO DRAFTING OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 08/30/07      Current Projected Date of Final Report (TFR): 07/30/10

LFORM1      Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) (Page: 6)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-64208 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6485  BofA - Money Market Account |
| Taxpayer ID No: | *******4288 | | |
| For Period Ending: | 07/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/06 | 2 | HILB ROGAL & HOBBS | RETURN OF INSURANCE PREMIUM | 1129-000 | 198.00 | | 198.00 |
| 06/20/06 | 3 | IMPERIAL A.I. CREDIT COMPANIES | ACCOUNT RECEIVABLE | 1121-000 | 2,086.00 | | 2,284.00 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.49 | | 2,284.49 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.94 | | 2,286.43 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.94 | | 2,288.37 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.88 | | 2,290.25 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.95 | | 2,292.20 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.88 | | 2,294.08 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.94 | | 2,296.02 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.96 | | 2,297.98 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.76 | | 2,299.74 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 1.85 | 2,297.89 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.95 | | 2,299.84 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.89 | | 2,301.73 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.95 | | 2,303.68 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.89 | | 2,305.57 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.96 | | 2,307.53 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.96 | | 2,309.49 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.47 | | 2,310.96 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.48 | | 2,312.44 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.24 | | 2,313.68 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.11 | | 2,314.79 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.92 | | 2,315.71 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.55 | | 2,316.26 |
| 03/25/08 | 4 | MURTY PHARMACEUTICALS INC. | | 1241-000 | 3,200.00 | | 5,516.26 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.04 | 5,514.22 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.55 | | 5,514.77 |

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-64208 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6485  BofA - Money Market Account |
| Taxpayer ID No: | *******4288 | | | |
| For Period Ending: | 07/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.13 | | 5,515.90 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,516.60 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.68 | | 5,517.28 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,517.98 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,518.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.68 | | 5,519.36 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.54 | | 5,519.90 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.45 | | 5,520.35 |
| 12/23/08 | 4 | Steven Sanders | Settlement of Adversary | 1241-000 | 3,000.00 | | 8,520.35 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 8,520.63 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,520.70 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,520.77 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 6.99 | 8,513.78 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,513.85 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,514.04 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,514.25 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,514.46 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,514.68 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,514.90 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,515.11 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,515.32 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,515.54 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,515.76 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,515.97 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,516.17 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 10.12 | 8,506.05 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,506.27 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,506.48 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-64208 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6485 BofA - Money Market Account |
| Taxpayer ID No: | *******4288 | | |
| For Period Ending: | 07/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,506.70 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,506.91 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,507.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,507.34 |
| 09/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 8,507.44 |
| 09/15/10 | | Transfer to Acct #*******1406 | Final Posting Transfer | 9999-000 | | 8,507.44 | 0.00 |

| | Account *******6485 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 8,484.00 | 4 | Checks | 21.00 |
| | 52 | Interest Postings | 44.44 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $ 8,528.44 | 1 | Transfers Out | 8,507.44 |
| | 0 | Adjustments In | 0.00 | | Total | $ 8,528.44 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,528.44 | | | |

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 05-64208 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1406 BofA - Checking Account |
| Taxpayer ID No: | *******4288 | | |
| For Period Ending: | 07/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/10 | | Transfer from Acct #*******6485 | Transfer In From MMA Account | 9999-000 | 8,507.44 | | 8,507.44 |
| 09/20/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,602.84 | 6,904.60 |
| 09/20/10 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 23.50 | 6,881.10 |
| 09/20/10 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 2,202.67 | 4,678.43 |
| 09/20/10 | 003004 | Clerk, U. S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 300.00 | 4,378.43 |
| 09/20/10 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,101.33 | 3,277.10 |
| * 09/20/10 | 003006 | Steven W. Sanders PhD<br>8461 Kings Hill Drive<br>Salt Lake City, UT 84121 | Claim 000001, Payment 56.98294% | 7100-004 | | 3,277.10 | 0.00 |
| * 01/19/11 | 003006 | Steven W. Sanders PhD<br>8461 Kings Hill Drive<br>Salt Lake City, UT 84121 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,277.10 | 3,277.10 |
| 03/09/11 | 003007 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 3,277.10 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 10)* Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-64208 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PROTOMED INC A DELAWARE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1406 BofA - Checking Account |
| Taxpayer ID No: | *******4288 | | |
| For Period Ending: | 07/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1406
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 8 | Checks | 8,507.44 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 8,507.44 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,507.44 | | | |
| | Total | $ 8,507.44 | | | |

Report Totals
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 8,484.00 | 12 | Checks | 8,528.44 |
| 52 | Interest Postings | 44.44 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,507.44 |
| | Subtotal | $ 8,528.44 | | | |
| | | | | Total | $ 17,035.88 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,507.44 | | | |
| | Total | $ 17,035.88 | | Net Total Balance | $ 0.00 |